UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 19cr10179 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| ADDISON CHOI, | ) | Count One: Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another (18 U.S.C. § 875(c)) |
| Defendant | ) | |

INFORMATION

At all times relevant to this Information:

1. Defendant Addison CHOI was a 21-year-old male who attended college in Wellesley, Massachusetts, and was a member of his college's varsity soccer team. When not at school, CHOI lived in California.

2. Instagram is a social media site that allows users to post photographs and comments on their own online Instagram pages and to post comments on others' pages.

3. CHOI gambled prolifically on sports, including baseball, football, basketball, hockey, soccer, and tennis. The players and teams that he gambled on belonged to professional and collegiate leagues, both domestic and international.

4. CHOI lost more money than he won, and borrowed from family and friends to pay his gambling debts and gamble more.

5. When CHOI thought that a team or player he had bet on was not performing well enough during a game for CHOI to win his bet, CHOI threatened those players or teams with death. He posted the threats in interstate and foreign commerce on the players' and teams'

1

Instagram accounts. To intensify the threats' impact, CHOI sometimes used graphic racist language and imagery. For example:[1]

    a.    On July 27, 2017, during one game, CHOI posted onto a professional athlete's Instagram page, "I WILL KILL YOU AND YOUR FAMILY AND FUCKING HANG THEM ON A TREE YOU STUPID UGLY MOTHERFUCKER," "I'LL KILL YOU AND YOUR FUCKING FAMILY YOU STUPID MOTHERFUCKER," and, "I'M GOING TO HUNT YOU DOWN AND FUCKING SKIN YOU ALIVE YOU STUPID FUCK," and also, "I HOPE YOU FUCKING DIE YOU STUPID MONKEY N*****." "I WANT TO FUCKING HANG YOU ON A FUCKING TREE YOU STUPID N*****" and "I WILL FUCKING KILL YOU." He also posted on a teammate's Instagram account, "I'LL FIND YOUR FUCKING FAMILY AND SKIN THEM ALIVE YOU STUPID FUCK, I HOPE YOU NEVER PLAY AGAIN." He also posted onto the team's Instagram page, "YOU DUMB FUCKS BETTER RELEASE [PLAYER'S NAME] THAT DUMB FUCKING N*****."

    b.    While this game was playing, CHOI alternated posting the threats listed above with posting threats on the Instagram page of another professional athlete in a different sport, including, "I HOPE YOU FUCKING DIE YOU DUMB MOTHERFUCKER. I WILL FUCKING KILL YOU," "I'LL FUCKING KILL YOU, YOU STUPID MOTHERFUCKER," and "I WILL KILL YOU AND YOUR FUCKING FAMILY."

---

[1] All threats quoted in this and other paragraphs are set forth verbatim and without grammatic or typographic correction, with the exception of certain racial slurs and the omission of victims' names.

c. On September 2, 2017, CHOI posted onto a collegiate team's Instagram page, "I'LL KILL ALL YOU FUCKING MONKEYS," and, "THIS N***** QB NEEDS TO DIE," and also, "A BUNCH OF FUCKING MONKEY N*****S DON'T DESERVE BANANAS."

d. On September 5, 2017, CHOI posted onto a professional athlete's Instagram page, "YOU DUMB FUCKING N*****," and, "I'LL FUCKING KILL YOU AND YOUR FAMILY YOU DUMB FUCKING MONKEY N*****," and also, "I WILL FUCKING HANG YOU ON A TREE YOU FUCKING N*****," and finally, "YOU N***** FUCKING BITCH."

6. In addition to sending threats to players' and teams' Instagram pages, CHOI sometimes sent similar threats to the Instagram pages of players' loved ones. For example, on August 12, 2017, CHOI posted on the Instagram page of the girlfriend of a professional athlete, "YOU STUPID MOTHERFUCKER [NAME], YOU WORTHLESS FUCK. I WILL FUCKING KILL YOU," and, "I WILL FUCKING KILL [NAME] YOU DUMB FUCKING BITCH… LEAVE THAT IRRELEVANT STUPID MOTHERFUCKER."

7. To avoid detection, CHOI posted these threats on Instagram accounts that he created—using psedonyms—for the sole purpose of sending threats, rather than the Instagram account that he used to share personal photos with his family and friends.

8. Instagram repeatedly shut down CHOI's Instagram accounts because of the abuse. CHOI avoided these blockades by creating new Instagram accounts to perpetuate the conduct. To further help avoid detection, CHOI sometimes registered these new Instagram accounts using newly-created Gmail accounts not linked to his previously-banned Instagram accounts.

9. From approximately July 27, 2017 through December 6, 2017, CHOI posted threats to at least 45 different Instagram accounts, with multiple threats to each account and often multiple targets—sometimes dozens—per threat.

10. CHOI made all these threats intending and knowing that they would be perceived as threats, because he thought those players or teams would lose or had lost him gambling money.

## COUNT ONE
Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another
(18 U.S.C. § 875(c))

The United States Attorney charges:

11. The United States Attorney realleges and incorporates by reference the allegations in paragraphs 1-10 above.

12. From on or about July 27, 2017 through on or about December 6, 2017, in the District of Massachusetts and elsewhere, the defendant,

ADDISON CHOI,

knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another, intending that such communications would be threats and knowing they would be interpreted as threats.

All in violation of Title 18, United States Code, Section 875(c).

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: *[signature]*
Scott L. Garland
Gregory J. Dorchak
Assistant United States Attorneys

Date: May 28, 2019